**Electronically Filed
Supreme Court
SCWC-22-0000387
17-MAY-2023
01:19 PM
Dkt. 7 ODAC**

SCWC-22-0000387

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE MATTER OF THE STANLEY T.F. LEU REVOCABLE TRUST
DATED MAY 25, 2006, AS AMENDED.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000387; 1CTR-22-0000013)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
and Circuit Judge Nakamoto and Circuit Judge Hamman,
assigned by reason of vacancies)

Petitioner/Respondent-Appellee Russell K.L. Leu's

application for writ of certiorari, filed on April 7, 2023, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, May 17, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Henry T. Nakamoto

/s/ Kirstin M. Hamman

